FOURTH DEPARTMENT, MAY, 1952.

(May 7, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER A. COCCO, Appellant.—

All concur.

(Appeal from a judgment convicting defendant of the crime of grand larceny, second degree. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.